# IN THE UNITED STATES COURT OF APPEALS
# EIGHTH CIRCUIT

| | | |
|---|---|---|
| C.K.-W., et al., | ) | |
|     Plaintiffs-Appellants, | ) ) ) | |
| v. | ) ) | No. 22-2885 |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) ) ) ) | |
|     Defendant-Appellee. | ) ) ) | |

## MOTION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(2) and Local Rule 27A(21), Appellants move to dismiss this appeal. In support, Appellants state:

1. Appellants filed their notice of interlocutory appeal on September 2, 2022.

2. The appeal was docketed on September 6, 2022.

3. Appellants opening brief is due on January 13, 2023.

4. Federal Rule of Appellate Procedure 42(b)(2) provides that "[a]n appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court."

5. Appellants will be responsible for all court fees associated with this appeal.

6. Appellants seek no other relief beyond dismissal of this appeal.

7. This appeal has not yet been assigned a panel for disposition.

8. Appellants hereby request dismissal of their appeal.

Appellate Case: 22-2885     Page: 1     Date Filed: 01/13/2023 Entry ID: 5235951

Respectfully submitted,

/s/ Gillian R. Wilcox
Gillian R. Wilcox, #61278 (MO)
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, MO 64111
Phone: (314) 652-3114
gwilcox@aclu-mo.org

Anthony E. Rothert, #44827 (MO)
Jessie Steffan, #64861 (MO)
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 669-3420
arothert@aclu-mo.org

***ATTORNEYS FOR APPELLANTS***

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, a copy of the foregoing was served on counsel of record by operation of the Court's CM/ECF system.

/s/ Gillian R. Wilcox

## CERTIFICATE OF COMPLIANCE

This motion complies with the Fed. R. App. P. and the length of this Motion, excluding the pages exempted, is 129 words using a Times New Roman 14-point type face.

/s/ Gillian R. Wilcox

3