No: 22-2885

C.K.-W., a minor by and through her parent T.K., individually and on behalf of those similarly situated; D.L., a minor, by and through his parent Z.L., individually and on behalf of those similarly situated; Missouri State Conference of the National Association for the Advancement of Colored People; St. Charles County Missouri Unit of the National Association for the Advancement of Colored People

Plaintiffs - Appellants

v.

Wentzville R-IV School District

Defendant - Appellee

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00191-MTS)

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 17, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans