# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
# CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

| | |
|---|---|
| **DATE:** | January 31, 2023 |
| **RE:** | 22-2885 C.K.-W., et al v. Wentzville R-IV School District |
| **TO:** | Gregory J. Linhares |
| **FROM:** | James J. Foster |

Enclosed are the following records for return to your office:

| | |
|---|---|
| Original file: | Transcript: |
| Deposition: | Sealed: |
| Exhibits: 1 box | |
| Other: | |

| | |
|---|---|
| [x] Case closed | [ ] Counsel appointed |
| [ ] Per your request | [ ] Return to this office |

Enclosure(s)

    District Court/Agency Case Number(s):  4:22-cv-00191-MTS

JJF